■ In the Matter of WILLIAM JOHNSON BELLIARD, Petitioner, v JOHN S. MOORE et al., Respondents. [873 NYS2d 230]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Andrias, J.P., Nardelli, Catterson, Acosta and DeGrasse, JJ.